UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM AYERS,<br>    Plaintiff<br><br>V.<br><br>C.P. BOURG, INC.,<br>    Defendant | CIVIL ACTION NO. 04-10137-MLW |

**NOTICE OF APPEARANCE**

Please enter the appearance of Richard C. Van Nostrand in addition to Michael D. Badger as counsel for the defendant, C.P. Bourg, Inc., in the above-captioned matter.

                                              C.P. BOURG, INC.

                                              By its attorneys,

/s/ Richard C. Van Nostrand
_____
Richard C. Van Nostrand, Esq.
BBO #507900
Michael D. Badger, Esq.
BBO #633915
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: June 18, 2004

## CERTIFICATE OF SERVICE

    I, Richard C. Van Nostrand, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Suzanne Garrow, Esq., Heisler, Feldman & McCormick, P.C., 1145 Main Street, Suite 508, Springfield, MA 01103.

                                                Richard C. Van Nostrand, Esq.

Dated: June 18, 2004

{H:\PA\Lit\01126\15042\A0717488.DOC}

2