**MIRICK O'CONNELL**
ATTORNEYS AT LAW
MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP

mdbadger@modl.com
Direct Line (508) 860-1536

July 6, 2004

*Via Facsimile and Federal Express*

Office of the Clerk
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

    Re:  William Ayers v. C.P. Bourg, Inc.
        U.S. District Court, Civil Action No. 04-10137-MLW

Dear Sir/Madam:

Please be advised that the defendant does not consent to assignment of this matter to a Magistrate Judge.

Should you have any questions, please feel free to contact me.

Very truly yours,

Michael D. Badger /tjc

Michael D. Badger

MDB/tjc

cc:    Suzanne Garrow, Esq. *(via facsimile and first-class mail)*
       Mr. Richard F. Trapilo
       Richard C. Van Nostrand, Esq.



{H:\PA\Lit\01126\15042\A0721147.DOC}

WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502

100 FRONT STREET
WORCESTER, MA 01608-1477
508-791-8500 • FAX 508-791-8502

BOSTON, MA
617-261-2417 • FAX 617-261-2418

www.MirickOConnell.com