UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-cv-10137-MLW

WILLIAM AYERS,

        Plaintiff,

v.

C. P. BOURG, INC.

        Defendant.

PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

    The undersigned hereby certify pursuant to Local Rule 16.1 (D)(3) that has conferred with counsel on the following topics:

    a)    establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

    b)    options for resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATE: Oct 1, 2004

WILLIAM AYERS

Respectfully submitted,

PLAINTIFF WILLIAM AYERS
By his attorney,

Dated: 10/5/04

/s/ Suzanne Garrow

Suzanne Garrow BBO# 636548
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103
(413) 788-7988

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above was served on the attorneys of record for the defendant via electronic and first class mail on 10/5/04.

/s/ Suzanne Garrow
Suzanne Garrow