UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WILLIAM AYERS,
    Plaintiff

    V.

C.P. BOURG, INC.,
    Defendant

CIVIL ACTION NO. 04-10137-MLW

## <u>LOCAL RULE 16.1(D)(3) CERTIFICATION</u>

We, Michael D. Badger, attorney, and defendant, C.P. Bourg, Inc., by and through

Richard Trapilo, its Vice President and General Manager, do hereby certify that we have

conferred with respect to establishing a budget for the cost of conducting the full course and

various alternative courses for the litigation; and also to consider the resolution of the litigation

through the use of alternative dispute resolution programs, including those outlined in Local

Rule 16.4.

C.P. BOURG, INC.

By:  Richard F. Trapilo
     Vice President and General Manager

Dated: July ___, 2004

Respectfully submitted,

C.P. BOURG, INC.

By its attorneys,


Richard C. Van Nostrand, Esq.
BBO #507900
Michael D. Badger, Esq.
BBO #633915
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: October 5, 2004