# United States District Court
# District of Massachusetts

WILLIAM AYERS,
    Plaintiff,

v.                    CIVIL ACTION NO. 04-10137-MLW

C. P. BOURG, INC.,
    Defendant.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

    (1)    Automatic disclosures must be COMPLETED *on or before the close of business on Friday, October 15, 2004.*

    (2)    Initial set(s) of interrogatories and requests for production of documents must be served *on or before the close of business on Wednesday, December 15, 2004;* responses, answers and/or objections shall be served *within the time provided by the Federal Rules.*

(3) All other non-expert discovery (with the exception of requests for admissions) shall be filed and/or served *on or before the close of business on Monday, January 9, 2005* and *COMPLETED on or before the close of business on Tuesday, February 15, 2005.*

(4) Requests for admissions must be served *on or before the close of business on Tuesday, March 15, 2005;* responses and/or objections shall be served *within the time provided by the Federal Rules.*

(5) *A status conference should be set for late April - early May, 2005.* At said conference, the Court should hear counsel as to (a) the status of discovery, (b) whether expert witness will be called at trial, and (c) if so, what the schedule for expert discovery should be, and (d) any dispositive motions which are contemplated, and if any are, a schedule for the filing of pleadings relative to the motions.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

October 7, 2004.