# United States District Court
# District of Massachusetts

WILLIAM AYERS,
    Plaintiff,

v.                                         CIVIL ACTION NO. 04-10137-MLW

C. P. BOURG, INC.,
    Defendant.

## ORDER TRANSFERRING CASE TO THE CENTRAL DIVISION - LOCAL RULE 40.1(F)

COLLINGS, U.S.M.J.

    The plaintiff resides in Glastonbury, Connecticut. Plaintiff's counsel is from Springfield, Massachusetts. Defendant's counsel is from Worcester, Massachusetts. The defendant's corporate headquarters is in New Bedford, Massachusetts.

    All counsel concurring, and Judge Wolf having orally agreed thereto, it is ORDERED that the above-styled case be, and it hereby is, TRANSFERRED to the Central Division of the Court at Worcester, Massachusetts pursuant to Local

Rule 40.1(F).

The Clerk shall REASSIGN the case from Judge Wolf to Judge Saylor and from the undersigned to Magistrate Judge Swartwood and transfer the file to the Clerk's Office in Worcester.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

October 7, 2004.