UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM AYERS,<br>    Plaintiff<br><br>V.<br><br>C.P. BOURG, INC.,<br>    Defendant | CIVIL ACTION NO. 04-10137-FDS |

### JOINT MOTION TO CONTINUE SCHEDULING ORDER DEADLINES

Pursuant to Local Rule 16.1(G), the parties hereby move for a sixty (60) day extension to the Scheduling Order set by the Court. As reasons for this Motion, the parties state that the parties require this brief additional time to conclude written and deposition discovery in this matter and well as to consider the option of further settlement discussions and mediation.

1. Completion of non-expert written and deposition discovery – March 31, 2005.
2. Requests for admissions served by – May 15, 2005.
3. A status conference shall be set for late May or early June 2005 at which The Court shall hear counsel as (a) the status of discovery, (b) whether expert witness(es) will be called at trial, (c) any schedule for expert discovery, and (d) any contemplated dispositive motions and the schedule for filing relative to such motions.

Respectfully submitted,                                                                 Respectfully submitted,

{H:\PA\Lit\01126\15042\A0767107.DOC}

| | |
|---|---|
| WILLIAM AYERS,<br>By his attorney,<br><br>*/s/ Suzanne Garrow by TAFT*<br>Suzanne Garrow, Esq.<br>BBO #636548<br>Heisler, Feldman & McCormick, P.C.<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>(413) 788-7988<br><br>Dated: 1/31/05 | C.P. BOURG, INC.<br>By its attorneys,<br><br>*/s/*<br>Richard C. Van Nostrand, Esq.<br>BBO #507900<br>Michael D. Badger, Esq.<br>BBO #633915<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:   (508) 791-8502 |