UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM AYERS,<br>    Plaintiff<br><br>V.<br><br>C.P. BOURG, INC.,<br>    Defendant | CIVIL ACTION NO. 04-10137-FDS |

## JOINT MOTION TO CONTINUE SCHEDULING ORDER DEADLINES

Pursuant to Local Rule 16.1(G), the parties hereby move for a brief extension to the Scheduling Order set by the Court. As reasons for this Motion, the parties state that the parties require this brief additional time to conclude written and deposition discovery in this matter due to defendant's counsel's trial schedule and to conclude discovery recently noticed by the plaintiff. The parties request no change in any other dates nor to the Court's scheduled status conference on July 6, 2005.

1. Completion of non-expert written and deposition discovery – July 15, 2005.

2. Requests for admissions served by – July 15, 2005.

3. A status conference set for July 6, 2005 at which the Court shall hear counsel as (a) the status of discovery, (b) whether expert witness(es) will be called at trial, (c) any schedule for expert discovery, and (d) any contemplated dispositive motions and the schedule for filing relative to such motions.

Respectfully submitted,

WILLIAM AYERS,

By his attorney,

*Suzanne Garrow/by ast*

Suzanne Garrow, Esq.
BBO #636548
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988

Dated: June 3 2005

Respectfully submitted,

C.P. BOURG, INC.

By its attorneys,

Richard C. Van Nostrand, Esq.
BBO #507900
Michael D. Badger, Esq.
BBO #633915
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502