UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM AYERS,<br>Plaintiff<br><br>V.<br><br>C.P. BOURG, INC.,<br>Defendant | CIVIL ACTION NO. 04-10137-FDS |

### JOINT MOTION TO CONTINUE SCHEDULING ORDER DEADLINES

Pursuant to Local Rule 16.1(G), the parties hereby move for a brief extension to the Scheduling Order set by the Court. As reasons for this Motion, the parties state the Court (M.J. Swartwood) has recently allowed a motion to compel deposition testimony filed by the plaintiffs and time is needed to complete those depositions.

1. Completion of non-expert written and deposition discovery – December 30, 2005.

2. Requests for admissions served by – December 30, 2005.

3. Motions for Summary Judgment filed by January 27, 2006, oppositions filed by February 17, 2006.

4. Hearing on Summary Judgment Motion rescheduled from November 29, 2005 to such time after February 17, 2006 as the Court may designate.

{H:\PA\Lit\01126\15042\A0844764.DOC}

5.   Such further proceedings, including a pretrial conference, as the Court shall designate.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| WILLIAM AYERS, | C.P. BOURG, INC. |
| By his attorney, | By its attorneys, |

/s/ Suzanne Garrow / by RCV

Suzanne Garrow, Esq.
BBO #636548
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103
(413) 788-7988

Richard C. Van Nostrand, Esq.
BBO #507900
Michael D. Badger, Esq.
BBO #633915
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: 10/13/05