UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM AYERS,<br>     Plaintiff<br><br>V.<br><br>C.P. BOURG, INC.,<br>     Defendant | CIVIL ACTION NO. 04-10137-FDS |

### STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Federal R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action, be dismissed, with prejudice, without costs and waiving all rights of appeal.

Respectfully submitted,

| WILLIAM AYERS, | C.P. BOURG, INC., |
|---|---|
| By his attorneys, | By its attorneys, |
| *[signature]*<br>Suzanne Garrow, Esq.<br>BBO #636548<br>Heisler, Feldman & McCormick, P.C.<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>Phone: (413) 788-7988<br>Fax:   (413) 788-7996 | *[signature]*<br>Richard C. Van Nostrand, Esq.<br>BBO #507900<br>Michael D. Badger, Esq.<br>BBO #633915<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:   (508) 791-8502 |

Dated: 12/27/2005

{H:\PA\Lit\01126\15042\A0868812.DOC}